UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FATIMA MOUJTAHID, on behalf of herself and her minor child B.M, *et al.*, <br><br> Plaintiffs, <br><br> v <br><br> UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | Case No. C18-1789 RSM <br><br> STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

## **JOINT STIPULATION**

Plaintiffs filed the Complaint, alleging, *inter alia*, violations of the Freedom of Information Act ("FOIA"). Because a pending motion to stay litigation deadlines has been filed by Defendants due to a lapse in appropriations for the Department of Justice (Dkt. No. 13), and said motion is noted for consideration on January 25, 2019 after the response to the Complaint is currently due, the parties hereby jointly **STIPULATE AND AGREE** to extend the Defendants' time to respond to the Complaint to February 4, 2019.

//

//

**SO STIPULATED**.

STIPULATED MOTION FOR EXTENSION
OF TIME
2:18-cv-01789-RSM- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated this 15th day of January, 2019.

        s/ *Jay Gairson*
JAY GAIRSON, WSBA # 43365
Gairson Law, LLC
4606 MLK Jr Wy S
Seattle, WA 98108
Phone: 206-357-4218
Email: jay@gairson.com

Attorney for Plaintiff

**SO STIPULATED**.

Dated this 15th day of January, 2019.

  s/ *Michelle R. Lambert*
MICHELLE R. LAMBERT, NY # 4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: michelle.lambert@usdoj.gov

Attorney for Defendants

**ORDER**

**IT IS SO ORDERED** this 17th day of January 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR EXTENSION
OF TIME
2:18-cv-01789-RSM- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970