UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FATIMA MOUJTAHID, on behalf of herself and her minor child B.M, <br><br> Plaintiffs, <br><br> v <br><br> UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, *et al.,* <br><br> Defendants. | CASE NO. C18-1789 RSM <br><br> **NOTICE OF APPROPRIATIONS RECEIVED, REQUEST TO LIFT STAY AND ORDER RESETTING DEADLINE** |

NOTICE is hereby given that the lapse of appropriations affecting the Department of Justice has ended and Department of Justice attorneys may now resume work on the above-captioned case.

1. On the evening of January 25, 2019, the President signed into law H.J. Res. 28, the "Further Additional Continuing Appropriations Act, 2019," which provides appropriations to the Department of Justice through February 15, 2019.

2. Pursuant to this Court's order (Dkt. No. 18), the Government notifies the Court that the lapse of appropriations has ended and requests that the stay currently in place be lifted and an order be entered resetting the deadline for Defendants to respond to

**NOTICE OF APPROPRIATIONS RECEIVED, REQUEST TO LIFT STAY AND ORDER RESETTING DEADLINE**
C18-1789 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the Complaint, and deadlines for the FRCP 26(f) conference, Initial Disclosures, and the Joint Status Report.

    3. Defense counsel has conferred with Plaintiff's counsel about the new proposed deadline. The parties propose the following deadlines:

    a. Deadline to respond to the Complaint: February 4, 2019

    b. Deadline for FRCP 26(f) Conference: February 19, 2019

    c. Initial Disclosures: February 26, 2019

    d. Joint Status Report: March 2, 2019

DATED this 28th day of January, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NY #4666657
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: michelle.lambert@usdoj.gov

Attorneys for Defendants

NOTICE OF APPROPRIATIONS RECEIVED, REQUEST TO LIFT STAY
AND ORDER RESETTING DEADLINE
C18-1789 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

It is hereby **ORDERED** that the stay is lifted and the parties shall comply with the following deadlines:

| | |
|---|---|
| Deadline for Defendants to Respond to the Complaint | February 4, 2019 |
| Deadline for FRCP 26(f) Conference | February 19, 2019 |
| Initial Disclosures | February 26, 2019 |
| Joint Status Report | March 2, 2019 |

Dated this 31st day of January 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

NOTICE OF APPROPRIATIONS RECEIVED, REQUEST TO LIFT STAY
AND ORDER RESETTING DEADLINE
C18-1789 RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he/she is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers.

It is further certified that, on this date, he/she electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

Jay Gairson
Jay@gairson.com

I further certify that on this date, I mailed by United States Postal Service the foregoing to the following non-CM/ECF participant(s)/CM/ECF participant(s), addressed as follows:

-0-

Dated this 29th day of January, 2019.

/s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: 206-553-7970
Fax: 206-553-4067
E-mail: michelle.lambert@usdoj.gov

NOTICE OF APPROPRIATIONS RECEIVED, REQUEST TO LIFT STAY
AND ORDER RESETTING DEADLINE
C18-1789 RSM - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970