The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FATIMA MOUJTAHID, on behalf of herself and her minor child B.M., <br> Plaintiffs, <br> v. <br> UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, *et al.*, <br> Defendants. | CASE NO. C18-01789-RSM <br><br> **STIPULATED MOTION AND ORDER FOR RELIEF FROM INITIAL DISCLOSURES AND JOINT STATUS REPORT** |

Plaintiffs filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA") against Defendants seeking disclosure of certain documents.

On January 24, 2019, this Court granted Defendants' motion to stay deadlines in light of the lapse of appropriations for the Department of Justice. Dkt. 18. Pursuant to the order, Defendants notified the Court when the lapse of appropriations had ended and, after conferring with Plaintiff's counsel, proposed new deadlines. Dkt. No. 19.

On January 31, 2019, the Court granted the parties proposed deadlines for Defendants to respond to the Complaint, the FRCP 26(f) conference, initial disclosures, and the joint status report. Dkt. No. 20. Defendants filed an answer to the Complaint on February 4, 2019. Dkt. 21.

STIPULATED MOTION AND ORDER FOR RELIEF
18-cv-01789-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Since that time, the parties have conferred about the scope of the case. The parties agree that this case constitutes "an action for review on an administrative record" under Rule 26(a)(1)(B)(i), and is exempt from the initial disclosure requirements of Rule 26(a)(1), as well as from the requirements of Rule 26(f), requiring the parties to prepare a discovery plan.

Accordingly, the parties hereby STIPULATE AND AGREE that this case constitutes "an action for review on an administrative record" under Rule 26(a)(1)(B)(i), and is exempt from the initial disclosure requirements of Rule 26(a)(1), as well as from the requirements of Rule 26(f), requiring the parties to prepare a discovery plan.

Furthermore, the parties intend to work cooperatively to attempt to resolve this litigation without motion practice. If at any time in the next 60 days it becomes apparent that resolution between the parties is not feasible, the parties will submit a briefing schedule to the Court.

The parties propose a joint status report to be filed on or before April 29, 2019.

DATED this 1st day of March, 2019.

Respectfully Submitted,

BRIAN T. MORAN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101
Phone: (206) 553-7970
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendants*

STIPULATED MOTION AND ORDER FOR RELIEF
18-cv-01789-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

s/ *Jay Gairson*
JAY GAIRSON, WSBA # 43365
Gairson Law, LLC
4606 MLK Jr Wy S
Seattle, WA 98108
Phone: 206-357-4218
Email: jay@gairson.com

*Attorney for Plaintiffs*

## ORDER

It is hereby ORDERED that:

The parties are released from the initial disclosure requirements of Rule 26(a)(1), as well as the requirements of Rule 26(f), requiring the parties to prepare a discovery plan. The parties shall file a joint status report on or before April 29, 2019.

Dated this 5 day of March, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR RELIEF
18-cv-01789-RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970