The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FATIMA MOUJTAHID, on behalf of herself and her minor child B.M.,<br>                           Plaintiffs,<br>              v.<br>UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, *et al.*,<br>                           Defendants. | CASE NO. C18-01789-RSM<br><br>**JOINT STATUS REPORT AND ORDER** |

As the Court is aware, Plaintiffs filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA") against Defendants seeking disclosure of certain documents. On March 5, 2019, the Court granted the parties' stipulated motion for relief from initial disclosures and the requirements of Federal Rule of Civil Procedure 26(f), instead allowing the parties to file a joint status report on or before April 29, 2019. Dkt. No. 23.

For good cause stated below, the parties respectfully request that the Court allow the parties to continue to work towards resolution of this matter without further judicial intervention and submit a joint status report within the next 60 days.

The parties continue to work cooperatively in an attempt to resolve this litigation without motion practice. Defendants are searching for responsive documents. As the

JOINT STATUS REPORT AND ORDER
18-cv-01789-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

document requests seek records that contain personal information of third parties, these documents will need careful processing for privacy protection. The parties are now in discussions concerning the timing of document production. Additionally, the parties are working on resolving and narrowing issues, so that if judicial intervention is necessary, it will be required on a very limited basis.

If at any time in the next 60 days it becomes apparent that resolution between the parties is not feasible, the parties will submit a briefing schedule to the Court.

The parties propose a joint status report to be filed on or before June 28, 2019.

DATED this 25th day of April, 2019.

Respectfully Submitted,

BRIAN T. MORAN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Ave, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3824
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

*s/ Jay Gairson*
JAY GAIRSON, WSBA # 43365
Gairson Law, LLC
4606 MLK Jr Wy S
Seattle, WA 98108
Phone: 206-357-4218
Email: jay@gairson.com

*Attorney for Plaintiffs*

JOINT STATUS REPORT AND ORDER
18-cv-01789-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

It is hereby ORDERED that:

For good cause shown, the parties shall file a joint status report on or before June 28, 2019.

Dated this 29 day of April, 2019.

                                           RICARDO S. MARTINEZ
                                           CHIEF UNITED STATES DISTRICT JUDGE

JOINT STATUS REPORT AND ORDER
18-cv-01789-RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970