The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FATIMA MOUJTAHID, on behalf of herself and her minor child B.M., <br> Plaintiffs, <br> v. <br> UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, *et al.*, <br> Defendants. | CASE NO.  C18-01789-RSM <br><br> **JOINT STATUS REPORT AND [PROPOSED] ORDER** <br><br> Noted on Motions Calendar: <br> **June 28, 2019** |

As the Court is aware, Plaintiffs filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA") against Defendants seeking disclosure of certain documents.  Pursuant to the Court's April 29, 2019 order, Dkt. No. 25, the parties submit this joint status report and respectfully request that the Court allow the parties to continue to work towards resolution of this matter without further judicial intervention and submit a joint status report within the next 45 days.

Since the last update to the Court, Defendant United States Citizenship & Immigration Services ("USCIS") produced potentially responsive records to Plaintiff. Because of this production, the parties have met and conferred by telephone to discuss Plaintiff's concerns about USCIS's withholdings pursuant to FOIA exemptions.  The parties discussed the possibility of Plaintiff obtaining releases from third parties and other

JOINT STATUS REPORT AND [PROPOSED] ORDER
18-cv-01789-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

ways in which USCIS may provide information.  Plaintiff is working to obtain additional releases from third parties, but has been delayed due to being displaced from the Gairson Law, LLC offices for three weeks in May and June as a result of smoke damage caused by a fire in an adjacent unit.  The parties intend to follow up with each other in the near future and determine if any other documents potentially would be releasable.

If at any time in the next 45 days it becomes apparent that resolution between the parties is not feasible, the parties will submit a briefing schedule to the Court.

For good cause shown, the parties propose a joint status report to be filed on or before August 12, 2019.

DATED this 28th day of June, 2019.

Respectfully Submitted,

BRIAN T. MORAN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Ave, Suite 700
Tacoma, Washington  98402
Phone: (253) 428-3824
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendants*


s/ *Jay Gairson*
JAY GAIRSON, WSBA # 43365
Gairson Law, LLC
4606 MLK Jr Wy S
Seattle, WA 98108
Phone: 206-357-4218
Email: jay@gairson.com

*Attorney for Plaintiffs*

JOINT STATUS REPORT AND [PROPOSED] ORDER
18-cv-01789-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## [PROPOSED] ORDER

It is hereby ORDERED that:

For good cause shown, the parties shall file a joint status report on or before August 12, 2019.

Dated this ___ day of June, 2019.

_____
Honorable Ricardo S. Martinez
District Court Judge

JOINT STATUS REPORT AND [PROPOSED] ORDER
18-cv-01789-RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970