UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FATIMA MOUJTAHID, on behalf of herself and her minor child B.M.,<br>　　　　　　　　　Plaintiffs,<br>　　v.<br>UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, *et al.*,<br>　　　　　　　　　Defendants. | CASE NO. C18-01789-RSM<br>**JOINT STATUS REPORT AND ORDER** |

　　　　Plaintiff filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA") against Defendants seeking disclosure of certain documents. Pursuant to the Court's July 2, 2019 order, Dkt. No. 27, the parties submit this joint status report and, for good cause shown below, respectfully requests that the Court allow the parties to continue to work towards resolution of this matter without further judicial intervention and submit a joint status report within the next 45 days.

　　　　Since the last update to the Court, Plaintiff's counsel is working on obtaining additional releases from third parties in an underlying state court litigation that may allow Defendant United States Citizenship & Immigration Services ("USCIS") to produce additional potentially responsive records to Plaintiff. However, counsel's ability to obtain responses to his requests for releases from the relevant third parties has been

JOINT STATUS REPORT AND ORDER
18-cv-01789-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

frustrated as those third parties have filed notices of unavailability for vacation purposes in the underlying state court litigation, as well as the judge in the state court litigation has changed. Plaintiff's counsel believes that an additional extension will allow him the opportunity to obtain the necessary responses. Both parties agree that allowing for this action will resolve and narrow issues in this case, so that if judicial intervention is necessary, it will be required on a very limited basis.

If at any time in the next 45 days it becomes apparent that resolution between the parties is not feasible, the parties will submit a briefing schedule to the Court.

The parties propose a joint status report to be filed on or before September 26, 2019.

DATED this 12th day of August, 2019.

Respectfully Submitted,

BRIAN T. MORAN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Ave, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3824
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

s/ *Jay Gairson*
JAY GAIRSON, WSBA # 43365
Gairson Law, LLC
4606 MLK Jr Wy S
Seattle, WA 98108
Phone: 206-357-4218
Email: jay@gairson.com

*Attorney for Plaintiffs*

JOINT STATUS REPORT AND ORDER
18-cv-01789-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

It is hereby ORDERED that:

For good cause shown, the parties shall file a joint status report on or before September 26, 2019.

Dated this 13 day of August 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STATUS REPORT AND ORDER
18-cv-01789-RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970