Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FATIMA MOUJTAHID, on behalf of herself and her minor child B.M., <br> Plaintiffs, <br> v. <br> UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, *et al.*, <br> Defendants. | CASE NO. C18-01789-RSM <br><br> **JOINT STATUS REPORT AND ORDER** |

Plaintiff filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA") against Defendants seeking disclosure of certain documents. Pursuant to the Court's August 13, 2019 order, Dkt. No. 29, the parties submit this joint status report and, for good cause shown below, respectfully request that the Court allow them to continue to work towards resolution of this matter without further judicial intervention and submit a joint status report within the next 60 days.

As the Court is aware, this FOIA litigation relates to an underlying state court litigation in which Plaintiff's counsel is involved. Since the last update to the Court, Plaintiff's counsel has continued to attempt to obtain releases from third parties in that litigation that may allow Defendant United States Citizenship & Immigration Services ("USCIS") to produce additional potentially responsive records to Plaintiff. However, Plaintiff's counsel has been unsuccessful thus far despite the third parties' representations

JOINT STATUS REPORT AND ORDER
18-cv-01789-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

otherwise. Without those authorizations, USCIS's position is that it cannot produce the information that Plaintiff seeks.

Plaintiff's counsel states that upcoming motion practice in the state court litigation may allow for a complete resolution of this FOIA litigation. Both parties agree that good cause exists to allow time for the underlying litigation's motion practice to potentially resolve the issues in this case, while at the same time the parties work together to continue to resolve any outstanding issues possibly not addressed in the underlying litigation. The parties propose a joint status report to be filed on or before November 25, 2019.

DATED this 26th day of September, 2019.

Respectfully Submitted,

BRIAN T. MORAN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Ave, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3824
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

s/ *Jay Gairson*
JAY GAIRSON, WSBA # 43365
Gairson Law, LLC
4606 MLK Jr Wy S
Seattle, WA 98108
Phone: 206-357-4218
Email: jay@gairson.com

*Attorney for Plaintiffs*

JOINT STATUS REPORT AND ORDER
18-cv-01789-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

It is hereby ORDERED that:

For good cause shown, the parties shall file a joint status report on or before November 25, 2019.

Dated this 30 day of September, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STATUS REPORT AND ORDER
18-cv-01789-RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970