UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID ALLEN GILLUM,<br><br>                 Plaintiff,<br><br>   v.<br><br>OWENS, et al.,<br><br>                 Defendant. | CASE NO. C19-1859-RSM-BAT<br><br>**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE SUMMONSES** |

Plaintiff is proceeding *pro se* in this civil rights action. Plaintiff's complaint relates to alleged civil rights violations that occurred when he was a prisoner at King County Regional Justice Center. However, the Court notes that plaintiff is no longer incarcerated and is currently living in the community. Accordingly, the Court, having reviewed plaintiff's application to proceed *in forma pauperis*, hereby finds and ORDERS as follows:

(1) Plaintiff's application to proceed in forma pauperis (Dkt. 3) is **GRANTED** limited to waiver of the filing fee only. However, because plaintiff is no longer incarcerated, the Clerk is directed to issue the plaintiff summonses and plaintiff is further advised that it is his obligation to serve the defendants in this action himself. Upon completing service of the

1 | summons and complaint upon defendants, plaintiff must file proof of such service with the
2 | Court.
3 |     (2)    The Clerk is directed to send a copy of this Order to plaintiff.
4 | DATED this 25th day of November, 2019.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS AND DIRECTING CLERK TO ISSUE
SUMMONSES - 2